**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1250**

JUDY KAY MISKELL,

                    Plaintiff – Appellant,

          v.

ALLEN ROHRER, M.D.,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, Chief District
Judge.  (1:12-cv-00742-CCB)

Submitted:  June 18, 2015              Decided:  June 22, 2015

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Judy Kay Miskell, Appellant Pro Se. Matthew Harold Fogelson,
Conrad W. Varner, VARNER & GOUNDRY, Frederick, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Judy Kay Miskell appeals the district court's order granting Defendant's motion to strike documents she filed in her closed case. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Miskell's informal brief does not challenge the basis for the district court's disposition, Miskell has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2